IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELSON, | ) | 4:14CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENISE SKROBECKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On June 18, 2014, the court determined Plaintiff's claims for injunctive relief against Defendants in their official capacities and her claims against Defendants in their individual capacities could proceed to service of process. (*See* Filing No. 9 at CM/ECF p. 8.) The court ordered Plaintiff to complete and return summons forms delivered to her by the clerk's office. The court warned Plaintiff that "failure to obtain service of process on a defendant within 120 days . . . may result in dismissal of this matter without further notice as to such defendant." (Filing No. 9 at CM/ECF p. 9.) To date, Plaintiff has not returned the summons forms or taken any other action in this case. Thus, Plaintiff is ordered to show cause within 21 days why this case should not be dismissed for want of prosecution.

Plaintiff provided the address for the Nebraska Center for Women in her Complaint, where all of the named defendants are employed. Therefore, the officers of this court will complete the service of process forms if Plaintiff is unable to do so. *See Moore v. Jackson*, 123 F.3d 1082, 1085-86 (8th Cir. 1997) (per curiam) (where inmate's complaint listed all defendants' addresses, it was improperly dismissed under Federal Rule of Civil Procedure 4(m) for lack of timely service, as completing waiver-of-service forms was component of "all process" and "all duties" required by court officers, and was United States Marshals' responsibility). However, Plaintiff must provide some indication that she wishes to continue to prosecute this matter.

IT IS THEREFORE ORDERED that: Plaintiff must show cause within 21 days why this case should not be dismissed for want of prosecution. Failure to respond to this Memorandum and Order will result in dismissal of this action without prejudice and without further notice.

DATED this 30th day of October, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.