IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELSON, | ) | 4:14CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENISE SKROBECKI, warden, in | ) | |
| her personal and professional | ) | |
| capacity, STEVE HUNZEKER, unit | ) | |
| administrator, in his personal and | ) | |
| professional capacity, DAMON | ) | |
| BRUBER, unit manager, in his | ) | |
| personal and professional capacity, | ) | |
| and BROOKE BJERRUM, unit | ) | |
| manager, in her personal and | ) | |
| professional capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Leave to Take Deposition of the Plaintiff (Filing No. 26). The plaintiff is currently incarcerated at the Sarpy County Jail in Papillion, Nebraska.

Rule 30(a)(2)(b) of the Federal Rules of Civil Procedure states that a party must obtain leave of the court to depose a person confined in prison. The defendants request the deposition for the purpose of discovery. The plaintiff did not oppose the motion, and it appears the deposition is consistent with Rule 26(b)(2) of the Federal Rules of Civil Procedure.

IT IS ORDERED that:

1.     The defendants' Motion for Leave to Take Deposition (Filing No. 26) is granted. The deposition will occur at a date and time agreeable to the penal facility

where the plaintiff is housed.  The location of the deposition will be a place agreeable to the administration of that penal facility.

2.      The plaintiff is ordered to attend the deposition as scheduled, and must cooperate fully with the deposition process to the extent required by law.

DATED this 20th day of May, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.