IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELSON, | ) | 4:14CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENISE SKROBECKI, warden, in her personal and professional capacity, STEVE HUNZEKER, unit administrator, in his personal and professional capacity, DAMON BRUBER, unit manager, in his personal and professional capacity, and BROOKE BJERRUM, unit manager, in her personal and professional capacity, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Defendants' Motion to Amend Progression Order (Filing No. 30). The court's progression order requires all depositions to be completed by July 8, 2015. Defendants were scheduled to depose Plaintiff on July 7, 2015, but were unable to complete the deposition because Plaintiff was transported to Madison County for an emergency hearing in an unrelated case. They ask for the court to modify its progression order to extend the time in which they have to depose Plaintiff and file dispositive motions. However, they do not propose any deadlines for the amended progression order or explain how much time is needed to depose Plaintiff or when she will return from Madison County. Accordingly,

    IT IS THEREFORE ORDERED that: Defendants Motion to Amend Progression Order (Filing No. 30) is denied without prejudice to reassertion of a motion that identifies proposed deadlines for completing discovery and filing dispositive motions.

DATED this 8th day of July, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.