IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA NELSON, | |
| Plaintiff, | 4:14-CV-3010 |
| vs. | |
| DENISE SKROBECKI, STEVE HUNZEKER, DAMON BRUBER, and BROOKE BJERRUM, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's Order (filing 42) recommending that the Court dismiss the plaintiff's complaint with prejudice for want of prosecution, failing to maintain a current address with the Court, and failing to participate in the scheduled pretrial conference as ordered. For the reasons discussed in the Court's Memorandum and Order granting summary judgment for the defendants, the Court need not consider the Magistrate Judge's recommendation, and denies it as moot.

IT IS ORDERED that the Magistrate Judge's Order recommending that the Court dismiss the plaintiff's complaint is denied as moot.

Dated this 6th day of January, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge